**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAO SENG SAETURN,<br><br>      Petitioner,<br><br>    v.<br><br>MARCO CHARLES, et al.,<br><br>      Respondents. | No.  1:25-cv-01712 KES CDB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, AND DIRECTING THE CLERK OF COURT TO CLOSE<br><br>Docs. 10, 11 |

Petitioner Kao Seng Saeturn brought a petition for writ of habeas corpus under 28 U.S.C. § 2241 and a request for injunctive relief.  Doc. 1.  On January 28, 2026, the magistrate judge observed that Seng Saeturn had been deported from the United States, and recommended the Court grant the motion to dismiss the petition as moot.  Doc. 11.

The Court served the findings and recommendations on the parties, including at the only mailing address on record for Seng Saeturn.  The Court informed the parties that any objections were due within 14 days.  Doc. 11 at 4.  Although the U.S. Postal Service returned the mail to Seng Saeturn as undeliverable, service is deemed fully effective pursuant to Local Rule 182(f).  Respondents did not file any objections to the findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this matter.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

1

The Court **ORDERS**:

1. The findings and recommendations issued on January 28, 2026 (Doc. 11) are **ADOPTED** in full.

2. Respondents' motion to dismiss (Doc. 10) is **GRANTED**.

3. Petitioner's petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

4. The Clerk of Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated:    March 24, 2026    

_____
UNITED STATES DISTRICT JUDGE